# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LENOX HOTEL, INC., d/b/a BROWNSTONE CONSTRUCTION, PMA, I.L.P., d/b/a FOUR POINTS BY SHERATON LEOMINSTER,
Plaintiffs

v.

PEACHTREE FABRICS, INC.,
Defendant

05 230 ML

C.A. No.

REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 05-2215

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Peachtree Fabrics, Inc. ("Peachtree") hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of the above-entitled action and, in support hereof, states as follows:

1. Plaintiffs, Lenox Hotel, Inc., d/b/a/ Brownstone Construction, ("Lenox") and PMA I.L.P. d/b/a/ Four Points Sheraton Leominster ("Sheraton"), filed a civil action against Peachtree which is now pending in the Supreme Court of the State of Rhode Island, CA. No. 05-2215 entitled Lenox Hotel, Inc. d/b/a/ Brownstone Construction, PMA I.L.P., d/b/a/ Four Points Sheraton Leominster v. Peachtree Fabrics, Inc. The Summons and Complaint in such action were served upon Peachtree on May 6, 2005.

2. Upon information and belief, Plaintiff Lenox is a corporation organized and existing under the laws of the State of Rhode Island with a principal place of business at 1140 Reservoir Avenue, Cranston, Rhode Island 02920.

3. Upon information and belief, Plaintiff Sheraton is a limited partnership organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 99 Erdman Way, Leominster, Massachusetts 01453.

2

4. Peachtree is a corporation organized and existing under the laws of the State of Georgia with a principal place of business at 1400 English Street N.W., Atlanta, Georgia 30318.

5. Upon information and belief and the facts as alleged in the Plaintiffs' Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between plaintiffs and the defendant in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446, Peachtree hereby files this Petition for Removal within thirty (30) days following the receipt of the initial pleading.

8. A copy of this Notice is being filed with the Clerk of the Supreme Court of the State Rhode Island, County of Providence to effect removal pursuant to 28 U.S.C. § 1446(d).

9. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

10. Copies of all process and pleadings on file with the Supreme Court of the State of Rhode Island, County of Providence, as of this date will be filed within ten (10) days hereof.

WHEREFORE, the action now pending in the Supreme Court of the State of Rhode Island, County of Providence, is properly removed therefrom to this Court.

PEACHTREE FABRICS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4792)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 25, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL was mailed, postage prepaid, on this 25th day of May, 2005 to:

Maurene G. Souza, Esq.
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903

801248_1/4600-2