# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LENOX HOTEL, INC., d/b/a BROWNSTONE CONSTRUCTION, PMA, I.L.P., d/b/a FOUR POINTS BY SHERATON LEOMINSTER,
Plaintiffs

v.

PEACHTREE FABRICS, INC.,
Defendant

CA 05 230 ML
C.A. No.

REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 05-2215

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for defendants hereby certify as follows:

1. Peachtree Fabrics Inc. has no parent company nor does any publicly held company own 10% or more of its stock.

PEACHTREE FABRICS, INC.

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4792)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 25, 2005

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ANSWER was mailed, postage prepaid, on this 25 day of May, 2005 to:

Maurene G. Souza, Esq.
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903

Carolyn P. Nadeau

801299_1/999998-75