UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**LENOX HOTEL, INC. d/b/a BROWNSTONE CONSTRUCTION, PMA I, L.P., d/b/a FOUR POINTS BY SHERATON LEOMINSTER**

**vs.** **CA. No. 05-230 ML**

**PEACHTREE FABRICS, INC.**

**WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE**

Now comes Maurene Souza of the law firm of MacAdams & Wieck Incorporated and hereby withdraws her appearance in the above-referenced matter on behalf of Plaintiffs in the above-referenced matter; Richard W. MacAdams of the law firm of MacAdams & Wieck Incorporated hereby enters his appearance on behalf of Plaintiffs.

Maurene Souza
Maurene Souza #6555
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Phone: (401) 454-8700
Fax: (401) 454-8755
Dated: 6/30/05

Richard W. MacAdams
Richard W. MacAdams #1681
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Phone: (401) 454-8700
Fax: (401) 454-8755
Dated: 6/30/05

CERTIFICATION

I hereby certify that a copy of the within was mailed to Michael A. Gamboli and Carolyn P. Medina, 180 South Main Street, Providence, RI 02903 on this 30th day of June, 2005.

Valerie J. Burrus