# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LENOX HOTEL, INC. d/b/a BROWNSTONE CONSTRUCTION, PMA I.L.P., d/b/a FOUR POINTS BY SHERATON LEOMINSTER, | |
| Plaintiff | C.A. No. 05-230ML |
| v. | |
| PEACHTREE FABRICS, INC., | |
| Defendant | |

## JOINT MOTION TO AMEND PRETRIAL ORDER

Now comes the Defendant in the above entitled matter and file this, their Joint Motion requesting the court to extend the Pretrial Scheduling Order dates as follows:

1. Fact Discovery Closure: Remain the same.
2. Expert Discovery Disclosures
   By Plaintiff December 17, 2005
   By Defendant January 17, 2006
3. Dispositive Motions: Remain the same.
4. Pretrial Memoranda: Remain the same.

Counsel for Peachtree Fabrics Inc., represents that she has spoken with counsel for Plaintiff, Lenox Hotel, Inc., et al., that plaintiff agrees to this rescheduling motion and that this motion is made on their behalf as well.

The reason for the requested change is that the parties have been engaged in ongoing and active settlement discussions which will hopefully bring this matter to a conclusion. Because of these discussions, the parties requested and Judge Lovegreen allowed the Mandatory

Settlement Conference in this case to be postponed. It has now been rescheduled for January 11, 2006.

In consideration of the ongoing settlement discussions, and the postponement of the Mandatory Settlement Conference, the parties respectfully request that this Honorable Court amend the Pretrial Order of August 17, 2005 to reflect these new dates.

PEACHTREE FABRICS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4792)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 21, 2005

ENTER:

PER ORDER

David L. Martin
United States Magistrate Judge
DATED:

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT MOTION TO AMEND PRETRIAL ORDER was mailed, postage prepaid, on this 21st day of November, 2005 to:

Richard W. MacAdams, Esq.
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903

828044_1/4600-2