**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LENOX HOTEL, INC. D/B/A
BROWNSTONE CONSTRUCTION,
PMA I.L.P., D/B/A FOUR POINTS BY
SHERATON LEOMINSTER,

PLAINTIFFS

V.

PEACHTREE FABRICS, INC.,

DEFENDANT

RECEIVED
JAN 17 2006
Property of U.S. District Court
District of Rhode Island

C.A. NO. 05-230ML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties in the above-captioned action and hereby stipulate that the above-captioned action(s) be dismissed with prejudice, with each party to bear its respective costs and attorneys' fees, and waiving any appeal.

PEACHTREE FABRICS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 12, 2006

Enter:
Mary M. Lisi
USDJ 1/17/06

LENOX HOTEL, INC. D/B/A
BROWNSTONE CONSTRUCTION

By Their Attorneys,

MACADAMS & WIECK INCORPORATED

Richard W. MacAdams (#1681)
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 FAX

DATED: January 10, 2006

PMA I.L.P., D/B/A FOUR POINTS BY
SHERATON LEOMINSTER

By Their Attorneys,

MACADAMS & WIECK INCORPORATED

Richard W. MacAdams (#1681)
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 FAX

DATED: January 10 2006